COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE | § | |
| | § | No. 08-10-00288-CV |
| ERIC FLORES, | § | AN ORIGINAL PROCEEDING IN |
| | § | MANDAMUS |
| RELATOR. | § | |
| | § | |

**MEMORANDUM OPINION**

**ON PETITION FOR WRIT OF MANDAMUS**

Eric Flores has filed a petition for writ of mandamus to complain of decisions related to his commitment to a psychiatric center. The El Paso County Probate Court No. 1 ordered Mr. Flores to be detained under a warrant of emergency detention and later found probable cause to believe that Mr. Flores could cause serious harm to himself or another person. *See* TEX.HEALTH & SAFETY CODE ANN. §§ 573.012, 574.025, 574.026 (Vernon 2010). The case was set for a jury trial on September 24, 2010.

Mr. Flores asserts that the trial court has prevented him from pursuing nonfrivolous legal claims. However, the petition states that Mr. Flores is represented by counsel in the commitment proceedings. Because he is represented by counsel, neither the probate court nor this Court is obligated to accept or consider Mr. Flores's *pro se* requests for relief. *See In re Watson*, No. 07-08-0232-CV, 2008 WL 2583003, at *1 (Tex.App.--Amarillo June 30, 2008, orig. proceeding); *In re Sondley*, 990 S.W.2d 361, 362 (Tex.App.--Amarillo 1999, orig. proceeding). Accordingly, the petition for writ of mandamus is denied.

October 13, 2010

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.